**Electronically Filed
Supreme Court
SCWC-19-0000049
19-JUN-2019
08:38 AM**

SCWC-19-0000049

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

WILLIAM M. GILROY, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000049; CR. NO. 3CPC-18-0000893)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/defendant-appellant William M. Gilroy's application for writ of certiorari, which was filed on May 30, 2019, in CAAP-19-0000049, and subsequently filed in this court on June 4, 2019, in SCWC-19-0000049, is hereby dismissed. See HRS § 602-59(c); HRAP Rule 40.1(a).

DATED: Honolulu, Hawai‘i, June 19, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

